**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Laymon Parker McGAUHEY, III,**
**Defendant—Appellant.**

**No. 09–30093.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 6, 2010.

Marcia Kay Hurd, Esquire, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Assistant Federal Public Defender, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

**MEMORANDUM ***

Laymon Parker McGauhey III appeals from the 235–month sentence imposed following his guilty-plea conviction for transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

McGauhey contends the district court abused its discretion by imposing a sentence consecutive to his Nevada state sen-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tence of life with parole eligibility after 120 months because the 235–month consecutive sentence is greater than necessary to accomplish the 18 U.S.C. § 3553(a) goals and is therefore substantively unreasonable. In light of the totality of the circumstances of this case and the § 3553(a) sentencing factors, the sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**